## United States Bankruptcy Court
### District of Arizona

In re **Kristopher Adam White**
**Jennifer Nichole White**
Debtor(s)

Case No. _____
Chapter **13**

## Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☒ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: __9715__.

Debtor, __Kristopher Adam White__, declares the foregoing to be true and correct under penalty of perjury.


☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☒ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, __Jennifer Nichole White__, declares the foregoing to be true and correct under penalty of perjury.

Date **September 15, 2017**     Signature _/s/ Kristopher Adam White_
                                          Kristopher Adam White
                                          Debtor

Date **September 15, 2017**     Signature _/s/ Jennifer Nichole White_
                                          Jennifer Nichole White
                                          Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# Earnings Statement

**Intertek**

ARCHITECTURAL TESTING INC.
130 DERRY CT
YORK, PA. 17406-845

124-0002

Period Beginning: 08/19/2017
Period Ending: 09/01/2017
Pay Date: 09/08/2017

00000000079
**KRISTOPHER WHITE**
**3107 W DAHLIA DR**
**PHOENIX AZ 85029**

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 0, Tax Blocked

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 83.50 | 2,045.75 | 32,033.75 |
| Overtime | | | | 1,920.21 |
| Holiday | | | | 1,372.00 |
| Vacation | | | | 2,352.00 |
| **Gross Pay** | | | **$2,045.75** | 37,677.96 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer Match | 10.23 | 1,079.21 |
| Group Term Life | 1.92 | 34.56 |
| Employee Id | | 0211156 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -125.30 | 2,308.28 |
| Medicare Tax | | -29.30 | 539.84 |
| AZ State Income Tax | | -54.01 | 944.66 |
| Federal Income Tax | | | 239.98 |
| **Other** | | | |
| Dental Ins | | -17.38* | 312.84 |
| Vision Ins | | -9.41* | 169.38 |
| 401(K) | | -20.46* | 2,158.40 |
| Miscellaneous | | | -450.78 |
| 401K Supplemnl | | | 83.67 |
| **Net Pay** | | | **$1,789.89** |
| Checking | | -1,789.89 | |
| **Net Check** | | | **$0.00** |

**Important Notes**
EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS
HAVE BEEN CHANGED FROM 9 TO 0.

**Additional Tax Withholding Information**
Taxable Marital Status:
  AZ: Single
Exemptions/Allowances:
  AZ: Tax is 2.7%

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,998.50

©1998, 2006. ADP, LLC All Rights Reserved.

---

**Intertek**

ARCHITECTURAL TESTING INC.
130 DERRY CT
YORK, PA. 17406-845

Advice number: 00000360114
Pay date: 09/08/2017

Deposited to the account of
**KRISTOPHER WHITE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7883 | xxxx xxxx | $1,789.89 |



**NON-NEGOTIABLE**

THIS IS NOT A CHECK



| CO. | FILE. | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 8W7 | 211156 | HA25OO | | 0000320118 |

129-0002

ARCHITECTURAL TESTING INC.
130 DERRY CT
YORK, PA. 17406-845

# Earnings Statement

ADP

Period Beginning: 07/22/2017
Period Ending: 08/04/2017
Pay Date: 08/11/2017

00000000080
**KRISTOPHER WHITE**
**3107 W DAHLIA DR**
**PHOENIX AZ 85029**

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 9

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 72.00 | 1,764.00 | 28,224.00 |
| Overtime | 36.7500 | 7.50 | 275.63 | 1,920.21 |
| Vacation | 24.5000 | 8.00 | 196.00 | 2,156.00 |
| Holiday | | | | 1,372.00 |
| **Gross Pay** | | | **$2,235.63** | 33,672.21 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer Match | 67.07 | 1,010.18 |
| Group Term Life | 1.92 | 30.72 |
| Employee Id | | 0211156 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.78 | 233.83 |
| | Social Security Tax | -137.07 | 2,063.01 |
| | Medicare Tax | -32.06 | 482.48 |
| | AZ State Income Tax | -55.47 | 842.11 |
| | **Other** | | |
| | Dental Ins | -17.38* | 278.08 |
| | Vision Ins | -9.41* | 150.56 |
| | 401(K) | -134.14* | 2,020.34 |
| | 401K Supplemnl | -22.36* | 64.07 |
| | Miscellaneous | | -376.40 |
| | **Net Pay** | **$1,795.96** | |
| | Checking | -1,795.96 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  AZ: Single
Exemptions/Allowances:
  AZ: Tax is 2.7%

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,052.34

©1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



ARCHITECTURAL TESTING INC.
130 DERRY CT
YORK, PA. 17406-845

Advice number: 00000320118
Pay date: 08/11/2017

Deposited to the account of
**KRISTOPHER WHITE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7883 | xxxx xxxx | $1,795.96 |

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO |
|---|---|---|---|---|
| BW7 | 211156 | HA25OO | | 0000300117 |

132-0002

# Earnings Statement

**Intertek**

ARCHITECTURAL TESTING INC.
130 DERRY CT
YORK, PA. 17406-845

Period Beginning: 07/08/2017
Period Ending: 07/21/2017
Pay Date: 07/28/2017

Taxable Marital Status:
  Federal:        Married

Exemptions/Allowances:
  Federal:        9

00000000078
**KRISTOPHER WHITE**
3107 W DAHLIA DR
PHOENIX AZ 85029

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 80.00 | 1,960.00 | 26,460.00 |
| Overtime | 36.7500 | 5.50 | 202.13 | 1,644.58 |
| Holiday | | | | 1,372.00 |
| Vacation | | | | 1,960.00 |
| **Gross Pay** | | | **$2,162.13** | 31,436.58 |

Your federal taxable wages this period are $1,983.99.

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Employer Match | 64.86 | 943.11 |
| Group Term Life | 1.92 | 28.80 |

Employee Id                                    0211156

## Deductions

### Statutory

| | | |
|---|---|---|
| Federal Income Tax | -24.95 | 202.05 |
| Social Security Tax | -132.51 | 1,925.94 |
| Medicare Tax | -30.99 | 450.42 |
| AZ State Income Tax | -53.62 | 786.64 |

### Other

| | | |
|---|---|---|
| Dental Ins | -17.38* | 260.70 |
| Vision Ins | -9.41* | 141.15 |
| 401(K) | -129.73* | 1,886.20 |
| 401K Supplemnl | -21.62* | 41.71 |
| Miscellaneous | | -376.40 |

### Adjustment

| | |
|---|---|
| Miscellaneous | +8.56 |

| | |
|---|---|
| **Net Pay** | **$1,750.48** |
| Checking | -1,750.48 |
| **Net Check** | **$0.00** |

### Additional Tax Withholding Information

Taxable Marital Status:
  AZ:        Single
Exemptions/Allowances:
  AZ:        Tax is 2.7%

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Intertek**

ARCHITECTURAL TESTING INC.
130 DERRY CT
YORK, PA. 17406-845

Advice number: 00000300117
Pay date: 07/28/2017

Deposited to the account of
**KRISTOPHER WHITE**

| account number | transit ABA | amount |
|---|---|---|
| XXXXX7883 | XXXX XXXX | $1,750.48 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 6W7 | 211156 | HA25OQ | | 0000280120 |

# Earnings Statement

129-0002

**Intertek**

ARCHITECTURAL TESTING INC.
130 DERRY CT
YORK, PA. 17406-845

Period Beginning: 06/24/2017
Period Ending: 07/07/2017
Pay Date: 07/14/2017

00000000080
**KRISTOPHER WHITE**
3107 W DAHLIA DR
PHOENIX AZ 85029

Taxable Marital Status:
  Federal:   Married

Exemptions/Allowances:
  Federal:   9

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 62.00 | 1,519.00 | 24,500.00 |
| Holiday | 24.5000 | 8.00 | 196.00 | 1,372.00 |
| Vacation | 24.5000 | 12.00 | 294.00 | 1,960.00 |
| Overtime | | | | 1,442.45 |
| **Gross Pay** | | | **$2,009.00** | 29,274.45 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer Match | 60.27 | 878.25 |
| Group Term Life | 1.92 | 26.88 |
| Employee Id | | 0211156 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -10.70 | 177.10 |
| Social Security Tax | -123.02 | 1,793.43 |
| Medicare Tax | -28.77 | 419.43 |
| AZ State Income Tax | -49.77 | 733.02 |

Other
| | | |
|---|---|---|
| Dental Ins | -17.38* | 243.32 |
| Vision Ins | -9.41* | 131.74 |
| 401(K) | -120.54* | 1,756.47 |
| 401K Supplemnl | -20.09* | 20.09 |
| Miscellaneous | | -367.84 |

| **Net Pay** | **$1,629.32** |
|---|---|
| Checking | -1,629.32 |
| **Net Check** | **$0.00** |

**Additional Tax Withholding Information**
Taxable Marital Status:
  AZ:   Single
Exemptions/Allowances:
  AZ:   Tax is 2.7%

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,841.58

---

**Intertek**

ARCHITECTURAL TESTING INC.
130 DERRY CT
YORK, PA. 17406-845

Advice number: 00000280120
Pay date: 07/14/2017

Deposited to the account of
**KRISTOPHER WHITE**

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXX7883 | XXXX XXXX | $1,629.32 |



**NON-NEGOTIABLE**

| | myPay | | | | | | | Help | Main | Exit |
|---|---|---|---|---|---|---|---|---|---|---|

Printer Friendly Version | View other LESs | CHK DT 170823 | Go

## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) WHITE KRISTOPHER ADAM | SOC. SEC. NO. *****5458 | GRADE O02 | PAY DATE 120815 | YRS SVC 05 | ETS 000000 | BRANCH USAR | ADSN/DSSN 5570 | PERIOD COVERED CHK DT 170823 |
|---|---|---|---|---|---|---|---|---|---|

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
| A BASIC PAY | 632.16 | FED INC TAX | 41.78 | | | +Tot Ent | 632.16 |
| B | | FICA TAX | 48.36 | | | -Tot Ded | 124.14 |
| C | | SGLI | 29.00 | | | -Tot Allt | |
| D | | SGLI FAM/SPOUSE | 5.00 | | | =Net Amt | 508.02 |
| E | | | | | | -Cr Fwd | |
| F | | | | | | =EOM Pay | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| TOTAL | 632.16 | | 124.14 | | | | |

| LEAVE | BF Bal .0 | Ernd .0 | Used 0 | Cr Bal .0 | ETS Bal | Lv Lost .0 | Lv Paid .0 | Use/Lose .0 | FED TAXES | Wage Period 632.16 | Wage YTD 7111.80 | M/S M | Ex 02 | Add'l Tax .00 | Tax YTD 470.05 |
| FICA TAXES | Wage Period 632.16 | Soc Wage YTD 7111.80 | | Soc Tax YTD 440.93 | Med Wage YTD 7111.80 | | Med Tax YTD 103.12 | | STATE TAXES | St AZ | Wage Period 632.16 | Wage YTD 7111.80 | M/S M | Ex 02 | Tax YTD .00 |
| PAY DATA | BAQ Type W DEP | BAQ Depn SPOUSE | VHA Zip 00000 | Rent Amt | Share | | Stat | | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC A | PACIDN |
| TRADITIONAL PLAN (TSP) | Base Pay Rate 0 | | Base Pay Current .00 | Spec Pay Rate 0 | | Spec Pay Current .00 | | Inc Pay Rate 0 | | Inc Pay Current .00 | Bonus Pay Rate 0 | | Bonus Pay Current .00 | |
| ROTH PLAN | Base Pay Rate 0 | | Base Pay Current .00 | Spec Pay Rate 0 | | Spec Pay Current .00 | | Inc Pay Rate 0 | | Inc Pay Current .00 | Bonus Pay Rate 0 | | Bonus Pay Current .00 | |
| CONTRIBUTION TOTALS | | YTD Deductions .00 | | | | YTD TSP Deferred .00 | | | | YTD TSP Exempt .00 | | | YTD ROTH .00 | | |

REMARKS: YTD ENTITLE **8149.43**   YTD DEDUCT **1364.47**

YOUR CHECK WAS SENT TO: JPMORGAN CHASE BANK, NA
DIRECT DEPOSIT DATE: 08/23/17 AMOUNT: $508.02
* AS OF 15 AUG 12, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
TOTAL PERFORMANCE FY 17: UTA 36 AFTP 00 ET 00 ATA 00
JPT 00 AAUTA 00 AANT 00 RMA 00 SUP IDT TNG 00
MCOFT 00 RMAM 00 AT/ADT 023 FHDA 000
INACTIVE DUTY TRAINING 12 AUG 17 1 12 AUG 17 2 13 AUG 17 1
INACTIVE DUTY TRAINING 13 AUG 17 2
YOUR CURRENT STATE CLAIMED IS: ARIZONA
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE: $400,000
YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE: $100,000
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME
TAX PURPOSE. CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM
2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
-THE BLENDED RETIREMENT SYSTEM OPT-IN COURSE (2HRS; COURSE
#J3OP-US1332) IS NOW AVAILABLE VIA JKO AT
HTTPS://JKODIRECT.JTEN.MIL/. THE COURSE IS DESIGNED TO PROVIDE
ELIGIBLE SERVICE MEMBERS INFORMATION FOR MAKING A DECISION
ABOUT WHICH DOD RETIREMENT SYSTEM BEST MEETS THEIR NEEDS. THIS
IS MANDATORY FOR ALL OPT-IN ELIGIBLE SERVICE MEMBERS.

## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | WHITE KRISTOPHER ADAM | ****5458 | O02 | 120815 | 04 | 000000 | USAR | 5570 | CHK DT 170726 |

### ENTITLEMENTS / DEDUCTIONS / ALLOTMENTS / SUMMARY

| | Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
|---|---|---|---|---|---|---|---|---|
| A | BASIC PAY | 632.16 | FED INC TAX | 41.78 | | | +Tot Ent | 632.16 |
| B | | | FICA TAX | 48.36 | | | -Tot Ded | 124.14 |
| C | | | SGLI | 29.00 | | | -Tot Allt | |
| D | | | SGLI FAM/SPOUSE | 5.00 | | | =Net Amt | 508.02 |
| E | | | | | | | -Cr Fwd | |
| F | | | | | | | =EOM Pay | |
| | TOTAL | 632.16 | | 124.14 | | | | |

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose | FED TAXES | Wage Period | Wage YTD | M/S | Ex | Add'l Tax | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | .0 | .0 | 0 | .0 | | .0 | .0 | .0 | | 632.16 | 6479.64 | M | 02 | .00 | 428.27 |

| FICA TAXES | Wage Period 632.16 | Soc Wage YTD 6479.64 | Soc Tax YTD 401.74 | Med Wage YTD 6479.64 | Med Tax YTD 93.95 | STATE TAXES | St AZ | Wage Period 632.16 | Wage YTD 6479.64 | M/S M | Ex 02 | Tax YTD .00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PAY DATA | BAQ Type W DEP | BAQ Depn SPOUSE | VHA Zip 00000 | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC A | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TRADITIONAL PLAN (TSP) | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
|---|---|---|---|---|---|---|---|---|
| ROTH PLAN | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |

| CONTRIBUTION TOTALS | YTD Deductions .00 | YTD TSP Deferred .00 | YTD TSP Exempt .00 | YTD ROTH .00 |
|---|---|---|---|---|

**REMARKS:** YTD ENTITLE 7517.27     YTD DEDUCT 1240.33

YOUR CHECK WAS SENT TO: JPMORGAN CHASE BANK, NA
DIRECT DEPOSIT DATE: 07/26/17 AMOUNT: $508.02
* AS OF 15 AUG 12, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
TOTAL PERFORMANCE FY 17: UTA 32 AFTP 00 ET 00 ATA 00
JPT 00 AAUTA 00 AANT 00 RMA 00 SUP IDT TNG 00
MCOFT 00 RMAM 00 AT/ADT 023 FHDA 000
INACTIVE DUTY TRAINING 15 JUL 17 1 15 JUL 17 2 16 JUL 17 1
INACTIVE DUTY TRAINING 16 JUL 17 2
YOUR CURRENT STATE CLAIMED IS: ARIZONA
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE: $400,000
YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE: $100,000
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME
TAX PURPOSE. CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM
2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
-THE BLENDED RETIREMENT SYSTEM OPT-IN COURSE (2HRS; COURSE
#J3OP-US1332) IS NOW AVAILABLE VIA JKO AT
HTTPS://JKODIRECT.JTEN.MIL/. THE COURSE IS DESIGNED TO PROVIDE
ELIGIBLE SERVICE MEMBERS INFORMATION FOR MAKING A DECISION
ABOUT WHICH DOD RETIREMENT SYSTEM BEST MEETS THEIR NEEDS. THIS
IS MANDATORY FOR ALL OPT-IN ELIGIBLE SERVICE MEMBERS.